```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 03360
    LAWRENCE WOJDYLA
    PATRICIA WOJDYLA                      CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-0645    SSN XXX-XX-9469
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/29/04 and confirmed on 06/04/04.

   2.  The case was dismissed after confirmation, 08/15/2008.

   3.  The Debtor paid a total of $ 69360.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| AMERIMARK BANK | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 7153.48 | 263.98 | 7153.48 |
| QUEST DIAG INCORP | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4706.65 | .00 | 2587.80 |
| BECKET & LEE LLP | UNSECURED | 14339.63 | .00 | 7884.19 |
| BECKET & LEE LLP | UNSECURED | 10958.48 | .00 | 6025.17 |
| BECKET & LEE LLP | UNSECURED | 3360.23 | .00 | 1847.51 |
| ROUNDUP FUNDING LLC | UNSECURED | 15015.63 | .00 | 8255.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2496.24 | .00 | 1372.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5660.50 | .00 | 3112.24 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3259.05 | .00 | 1791.88 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | FILED LATE | .00 | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | FILED LATE | .00 | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1569.07 | .00 | 862.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4851.51 | .00 | 2667.44 |
| WESTSIDE MEDICAL ASSOCS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | 6347.98 | .00 | 3490.24 |
| BENEFICIAL FINANCE CORPO | FILED LATE | .00 | .00 | .00 |

```
M&M ORTHOPEDICS            UNSECURED       NOT FILED              .00           .00
M&M ORTHOPEDICS            UNSECURED       NOT FILED              .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         7195.21              .00       3956.07
ECAST SETTLEMENT CORPORA   UNSECURED        12612.50              .00       6934.59
ECAST SETTLEMENT CORPORA   UNSECURED         2835.26              .00       1572.56
ROUNDUP FUNDING LLC        UNSECURED         8719.96              .00       4794.40
WAL MART COLLECTION DIVI   UNSECURED       NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         1148.27              .00        631.34
BECKET & LEE LLP           UNSECURED         1098.81              .00        604.16
GOOD SAMARITAN HOSPITAL    FILED LATE            .00              .00           .00
CITIFINANCIAL              UNSECURED         1495.32              .00        822.16
CAROL CADIZ ESQ            ORIGINAL ATTO         .00              .00           .00
```

Summary of disbursements:
--------------------------------------------------------------------------------
```
                       SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     7153.48           .00    107670.30         .00     114823.78
PRINCIPAL PAID         7153.48           .00     59212.80         .00      66366.28
INTEREST PAID           263.98           .00          .00         .00        263.98
TOTAL PAID             7417.46           .00     59212.80         .00      66630.26
```

The Debtor's attorney, PRO SE DEBTOR                        , was allowed $       .00
and was paid $      .00 .

The Trustee received $   2729.74 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE